SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
RAIZEL MEISELS, individually and on behalf of all
others similarly situated,

                        Plaintiff(s),

    -against-

UNITED COLLECTION BUREAU, INC., and
LVNV FUNDING, LLC,

                        Defendant.
------------------------------------------------------------------------X

Index No.: 523499/2022

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441, Defendants UNITED COLLECTION BUREAU, INC., and LVNV FUNDING, LLC (collectively, "Defendants") have removed the captioned action, bearing Index No. 523499/2022, from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

A filed stamped copy of the Notice of Removal filed with the United States District Court for the Eastern District of New York is attached hereto as **"Exhibit A."**

**PLEASE TAKE FURTHER NOTICE** that Defendant files this Notice of Removal with a full reservation of any and all rights, claims, objections and defenses.

Dated: September 16, 2022

                                              Respectfully submitted,

                                              **GORDON REES SCULLY MANSUKHANI, LLP**

                              By:    _____*/s/ Peter Siachos*_____
                                              Peter Siachos, Esq.
                                              *Attorneys for Defendants*
                                              **UNITED COLLECTION BUREAU,**
                                              **INC., and LVNV FUNDING, LLC**
                                              1 Battery Park Plaza, 28th Floor
                                              New York, NY 10004
                                              Tel: (973) 549-2532