UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RAIZEL MEISELS, individually and on behalf of all others similarly situated

        Plaintiff,

  v.

UNITED COLLECTION BUREAU, INC., and
LVNV FUNDING, LLC,
        Defendants.

CASE NO. 1:22-cv-5546

---

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

---

Plaintiff Raizel Meisels ("Plaintiff"), by counsel, and Defendants United Collection Bureau, Inc. and LVNV Funding, LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants United Collection Bureau, Inc. and LVNV Funding, LLC, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: __2/2/2023__

*[signature]*
2.2.2022

*s/ Christofer Merritt*
Christofer Merritt, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500
Fax: (201) 282-6501
E-Mail: cmerritt@steinsakslegal.com

*Counsel for Plaintiff Raizel Meisels*

Date:  2/2/2023                    /s/ Peter G. Siachos
                                              Peter G. Siachos, Esq.
                                              Gordon Rees Scully Mansukhani, LLP
                                              1 Battery Park Plaza, 28th Floor
                                              New York, New York 10004
                                              Telephone: (973) 549-2532
                                              Fax: (973) 377-1911
                                              Email: Psiachos@gordonrees.com

                                              *Counsel for Defendants United Collection*
                                              *Bureau, Inc. and LVNV Funding, LLC*